UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN-EXEBUSE-WALTER: SMITH a/k/a JOHN WILLIAM LAYTON, § § § § | |
| *Petitioner*, § | Civil Action No. 3:24-CV-2361-X-BN |
| § | |
| v. § | |
| § | |
| BROWN COUNTY, § | |
| *Respondent.* | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 3rd day of December, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1